THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 James Cal
 Bell, Othella Bernard, Katherina Bowyer, Linda M. W. Bratton, Ann T. Bridges,
 Rance C. Cobb, Jeannie B. Croxton, Bernetha L. Culbreath, William K. Dreyer,
 Jacqueline D. Farr, Ruth Fritts, Nancy Glenn, Etta Jane Jones, Geneva M.
 Martin, Mary H. McCabe, Beverly McClanahan, Max D. Randolph, Carolyn McIver
 Smith, Maggie G. Williams, and Paula Woodlief, Respondents,
 v.
 South Carolina
 Department of Corrections and Palmetto Unified School District No. 1, Defendants,
 Of Whom South
 Carolina Department of Corrections is the Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No.  2008-UP-257
Submitted May 1, 2008  Filed May 14, 2008
APPEAL DISMISSED

 
 
 
 Lake Eric Summers and Malone Thompson Summers, both of Columbia, for Appellant.
 W. Allen Nickles, III, and Dona L. Guffey, both of Columbia, for Respondents.
 
 
 

PER CURIAM:  South Carolina Department of Corrections appeals
 the circuit courts order directing the Office of Human Resources to reinstate a
 grievance for a hearing before the State Employee Grievance Committee.  We dismiss[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Leviner v. Sonoco Prods. Co., 339 S.C. 492, 494, 530 S.E.2d 127,
 128 (2000); Montjoy v. Asten-Hill Dryer Fabrics, 316 S.C. 52, 52,
 446 S.E.2d 618, 618 (1994); Owens v. Canal Wood Corp., 281 S.C.
 491, 492, 316 S.E.2d 385, 385 (1984); Hunt v. Whitt, 279 S.C. 343, 343, 306
 S.E.2d 621, 622 (1983) (all finding a circuit court order remanding a case for
 additional proceedings before an administrative agency is not directly
 appealable).  
APPEAL
 DISMISSED.
HEARN,
 C.J., and SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.